**RECEIVED**

OCT 20 2015

RICHARD W. NAGEL, CLERK OF COURT
COLUMBUS, OHIO

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
_____ DIVISION

Marcus Ramos
(Enter Above the Name of the Plaintiff in this Action)

vs.

Franklin County Children Services
(Enter above the name of the Defendant in this Action)

If there are additional Defendants, please list them:

2:15CV2930

Judge Graham

MAGISTRATE JUDGE KEMP

**COMPLAINT**

I. Parties to the action:

Plaintiff: Place your name and address on the lines below. The address you give must be the address where the court may contact you and mail documents to you. A telephone number is required.

Marcus Ramos
Name - Full Name Please - PRINT

89 N Burgess Ave
Street Address

Columbus, Ohio 43204
City, State and Zip Code

(407) 952-8782
Telephone Number

If there are additional Plaintiffs in this suit, a separate piece of paper should be attached immediately behind this page with their full names, addresses and telephone numbers. If there are no other Plaintiffs, continue with this form.

Defendant(s):

Place the name and address of each Defendant you listed in the caption on the first page of this Complaint. This form is invalid unless each Defendant appears with full address for proper service.

1. Franklin County Children Services
   Name - Full Name Please
   855 W Mound Street Columbus, Ohio 43223
   Address: Street, City, State and Zip Code

2. _____

3. _____

4. _____

5. _____

6. _____

If there are additional Defendants, please list their names and addresses on a separate sheet of paper.

II. Subject Matter Jurisdiction

Check the box or boxes that describes your lawsuit:

☐ Title 28 U.S.C. § 1343(3)
   [A civil rights lawsuit alleging that Defendant(s) acting under color of State law, deprived you of a right secured by federal law or the Constitution.]

☐ Title 28 U.S.C. § 1331
   [A lawsuit "arising under the Constitution, laws, or treaties of the United States."]

☐ Title 28 U.S.C. § 1332(a)(1)
   [A lawsuit between citizens of different states where the matter in controversy exceeds $75,000.]

☐ Title ____ United States Code, Section ____
   [Other federal status giving the court subject matter jurisdiction.]

III. Statement of Claim

Please write as briefly as possible the facts of your case. Describe how each Defendant is involved. Include the name of all persons involved, give dates and places.

Number each claim separately. Use as much space as you need. You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.

One year ago from today FCCS came into Grant hospital with 2 different documents stating they got custody of a newborn on October 21st 2014 there only one document stating the 21st there no document coming out of Franklin County Juvenile Courts saying FCCS can get a newborn from Grant hospital.

So me acting as pro se is wanting to press Federal Kidnapping Charges against FCCS.

IV. Previous lawsuits:

If you have been a Plaintiff in a lawsuit, for each lawsuit state the case number and caption. (Example, Case Number: 2:08-cv-728 and Caption: John Smith vs. Jane Doe).

| Case Number | Caption | | |
|---|---|---|---|
| _____ | _____ | vs. | _____ |
| _____ | _____ | vs. | _____ |
| _____ | _____ | vs. | _____ |

V. Relief

In this section please state (write) briefly exactly what you want the court to do for you. Make no legal argument, cite no case or statutes.

I want a case made out on Franklin County Children Services

I state under penalty of perjury that the foregoing is true and correct. Executed on this 20 day of October, 2015.

Marcuy Ramas
Signature of Plaintiff

# FRANKLIN COUNTY COURT OF COMMON PLEAS
## DOMESTIC RELATIONS DIVISION
## JUVENILE BRANCH

IN THE MATTER OF:

Lamayah Ramos

CASE NO. 14JU13655

JUDGE Browne

MAGISTRATE Stroud

## FINDINGS OF FACT AND CONCLUSIONS OF LAW

Pursuant to section 2151.419 of the Revised Code, the Court hereby makes the following Findings of Fact regarding the reasonable efforts made by Franklin County Children Services to prevent the continued removal of the child(ren) or to return the child(ren) to the child's (children's) home:

The Court hereby determines that Franklin County Children Services made reasonable efforts to prevent the continued removal of the child(ren) from home by offering or attempting to implement the following services into the home:

*FCCS has referred Mother and Mr. Ramos for psychological and domestic violence assessments.*

On or about, October 20, 2014, Franklin County Children Services filed a complaint with the Court alleging that the child(ren) is an/are abused, neglected or dependent minor child(ren) and that the services that were attempted failed to prevent the removal of the child(ren) from the home. The facts surrounding the failure to prevent the removal of the child(ren) from the home are as follows:

*On or about, October 19, 2014, Mother gave birth to Lamayah. There are concerns regarding domestic violence between Mother and Mr. Ramos, as well as, Mother's mental capacity.*

Therefore, the Court finds that Franklin County Children Services made reasonable efforts to prevent the continued removal of the child(ren) from the home and that those efforts failed to prevent the continued removal of the child(ren) from the home and continuation in the home is contrary to the welfare of the child. The Court further authorizes Franklin County Children Services to place the child(ren) in either a relative or non-relative home in accordance with the requirements as set forth within the Ohio Administrative Code. These findings of fact and conclusions of law are hereby incorporated into the Magistrate's Decision.

MAGISTRATE 10/21/14

APPROVED BY
James E. Zorn, 0040831
Counsel for FCCS
SACWIS No. 6323956
CASEWORKER: Brett Kodger
REGION: West

*[Handwritten annotation:] The Date that the child was suppose to get legally taken on instead of the 20th of October 2014*

Printable View

# Event Information -- P140908100

**Location Information**

| Field | Value |
|---|---|
| Number | 111 |
| Direction | S |
| Street | GRANT |
| Type | AVE |
| Suffix | |
| Area | |
| Municipality | CBUS |
| Apartment | |
| X-Street 1 | LIBRARY PARK S |
| X-Street 2 | E STATE ST |
| Date | 10/20/2014 |
| Event Type | 16 -- DISTURBANCE [ default ] |
| Building | |
| County | FRA |
| State | |
| Apt Type | |

**Caller Information**

| Field | Value |
|---|---|
| Name | TESFA CHEVERS - FCCS |
| Address | |
| Phone | (614) 271-5851 |
| Terminal | ct007 |
| Calltaker ID | [redacted] |
| Source | PHONE |
| Remarks | MEET CALLER IN THE MAIN LOBBY<br>FOR REMOVAL OF 1 DAY OLD NEWBORN<br>HAS COURT ORDER ...PARENTS UNAWARE OF REMOVAL<br>SOCIAL WORKER HAS ALL PARTIES<br>CALLER HAS CARSEAT<br>** LOI search completed at 10/20/14 16:35:34<br>Alarm Timer Extended: 0<br>ETA IS 16:45<br>161B -- NO ONE IS THE LOBBY --<br>161B -- NOBODY IN THE LOBBY -- REQ CB<br>161B -- CALLER ADV SHE'S AT THE HOSPITAL BUT TRYING TO FIND A PARKING SPOT<br>Alarm Timer Extended: 0<br>Alarm Timer Extended: 0<br>Alarm Timer Extended: 0 |
| Case Numbers | |
| Disp Codes | 2<br>2<br>2 |
| Duplicate Events | ☐ |
| Apt # | |

| Agency | P | Esz | Area | DGroup | Add | Dispatch | Arrive | Close | Cls ID | Cls Term | Event | Comments | Prim Unit | Situation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CPD | 3 | 91613 | 161 | CPDZ5 | 4:35:32 PM | 4:36:41 PM | 4:45:24 PM | 6:38:41 PM | [redacted] | pd005 | P140908100 | | 164B | |

Chronology　　　　　　　Unit　　　　　　　Supplemental　　　　　Location Choices